| | |
|---|---|
| MELINDA HAAG (CABN 132612)<br>United States Attorney<br><br>MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division<br><br>MAUREEN BESSETTE (CABN 165775)<br>Chief, Oakland Branch<br>JAMES C. MANN (CABN 221603)<br>Assistant United States Attorney<br><br>    1301 Clay Street, Suite 340-S<br>    Oakland, California 94612<br>    Telephone: (510) 637-3680<br>    Facsimile: (510) 637-3724<br>    E-Mail:   Maureen.Bessette@usdoj.gov<br>                James.C.Mann@usdoj.gov | **FILED**<br><br>NOV - 4 2011<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00962 PJH |
|     Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| JARELL Q. GRIFFIN, | ) | |
|     Defendant. | ) | |

       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Indictment returned

////
////
////
////
////
////

NOTICE OF DISMISSAL
No. CR-09-00962 PJH

against this defendant in the above-captioned matter without prejudice and moves that the Court quash the arrest warrant issued in connection with the Indictment. Defendant has been convicted of murder in Chicago, Illinois and sentenced to 26 years in state prison.

DATED: October 28, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

MAUREEN BESSETTE
Chief, Oakland Branch

## ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the above-captioned Indictment. It is further ordered that the arrest warrant issued in connection with that Indictment is quashed.

DATED: 11/4/11

HON. PHYLLIS J. HAMILTON
United States District Judge

NOTICE OF DISMISSAL
No. CR-09-00962 PJH